| AO 10 Rev. 1/2006 | **FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2005** | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)  Adams, John R | 2. Court or Organization  U.S. District Court, Ohio | 3. Date of Report  05/10/2006 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  U.S. District Judge - Active | 5a. Report Type (check appropriate type)  ☐ Nomination, Date  ☐ Initial  ☒ Annual  ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2005 to 12/31/2005 |
| 7. Chambers or Office Address  U.S. Courthouse  2 South Main Street, Suite 526  Akron, OH 44308 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Guardian | Guardianship #1 (See Part VIII) |
| 2. Board Member - President | Mental Health Association of Summit County (See Part VIII) |
| 3. Trustee | Akron Bar Association |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2005 MAY 12 A 11:47 FINANCIAL DISCLOSURE

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[X] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[X] NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Adams, John R | 05/10/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[ ] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Valley Savings Bank | Mortgage on Residence/Rental (Duplex) | N |
| 2. KeyBank | Credit Line | K |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Adams, John R | 05/10/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Rental Property, Fairlawn, Ohio | D | Rent | N | Q | | | | | See VIII |
| 2. FirstMerit Common Stock | B | Dividend | K | T | | | | | |
| 3. Fidelity Advisor Equity Growth Class I #86 | | None | | | Sell | 5/27 | J | A | |
| 4. Fidelity Advisor Equity Portfolio Income Class I #80 | A | Dividend | | | Sell | 5/27 | J | B | |
| 5. Fidelity Contrafund #22 | A | Dividend | K | T | | | | | |
| 6. Franklin Small-Mid Cap Growth Fund Class A #198 | | None | | | Sell | 5/27 | J | C | |
| 7. Templeton Foreign Fund Class A #104 | | None | J | T | Sell | 5/27 | J | A | |
| 8. McDonald Investments: Fidelity Contrafund | A | Dividend | J | T | | | | | |
| 9. Federated Automated Govt. Cash Reserve | A | Dividend | | | Sell | 5/27 | J | A | |
| 10. Federated Capital Appreciation Fund Class A #674 | | None | | | Sell | 5/27 | K | A | |
| 11. Northwestern Mutual Life Ins. (Whole Life) No. 1 | A | Dividend | J | T | | | | | |
| 12. Northwestern Mutual Life Ins. (Whole Life) No. 2 | A | Dividend | J | T | | | | | |
| 13. Ohio Public Employees Retirement System Acct. | A | Interest | | | Sell | | K | | See VIII |
| 14. Janus Growth & Income Fund | A | Dividend | K | T | | | | | |
| 15. AmCap Fund Inc Cl F | A | Dividend | J | T | Buy | 6/27 | J | | |
| 16. American Balanced Fund Inc Cl F | A | Dividend | J | T | Buy | 6/27 | J | | |
| 17. American High Inc Tr Cl F | A | Dividend | J | T | Buy | 6/27 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Adams, John R | 05/10/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. American High Inc Tr Cl F | | | | | Partial Sale | 7/13 | J | | |
| 19. Vanguard Explorer Fd Inc | A | Dividend | J | T | Buy | 6/27 | J | | |
| 20. | | | | | | | | | |
| 21. | | | | | | | | | |
| 22. Eaton Vance Growth Tr Worldwide Health Sciences Fd Cl A | | None | J | T | Buy | 6/28 | J | | |
| 23. Fidelity Advisor Ser II Value Fd Cl A | A | Dividend | | | Buy | 6/28 | J | | |
| 24. Retirement Account: | | | | | | | | | |
| 25. Federated Govt Obligations Fund | A | Dividend | J | T | Sell | 6/20 | J | A | |
| 26. FirstMerit Common Stock | A | Dividend | J | T | | | | | |
| 27. Fidelity Advisor Equity Growth Class I #86 | A | Dividend | | | Sell | 6/10 | K | B | |
| 28. Fidelity Advisor Equity Portfolio Income Class I #80 | A | Dividend | | | Sell | 6/10 | K | C | |
| 29. Fidelity Securities Blue Chip Growth Fund #312 | A | Dividend | | | Sell | 6/10 | K | A | |
| 30. Franklin Small-Mid Cap Growth Fund Class A #198 | A | Dividend | | | Sell | 6/10 | J | C | |
| 31. White Oak Growth Port. | A | Dividend | | | Sell | 6/10 | J | A | |
| 32. Templeton Foreign Fund Class A #104 | A | Dividend | | | Sell | 6/10 | J | B | |
| 33. AmCap Fund Inc Cl F | A | Dividend | K | T | Buy | 6/27 | K | | |
| 34. American High Inc. Tr Cl F | A | Dividend | K | T | Buy | 6/27 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Adams, John R | 05/10/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. American Balanced Fund Inc Cl F | A | Dividend | K | T | Buy | 6/27 | K | | |
| 36. Vanguard Explorer Fd Inc | B | Dividend | K | T | Buy | 6/27 | K | | |
| 37. Eaton Vance Growth Tr Worldwide Health Sciences Fd Cl A | | None | J | T | Buy | 6/28 | J | | |
| 38. Fidelity Advisor Ser II Value Fd Cl A | A | Dividend | K | T | Buy | 6/28 | K | | |
| 39. Other: | | | | | | | | | |
| 40. Remainder Int in ▓▓▓▓ Smithville, Ohio | | | | | | | | | See VIII |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Adams, John R | 05/10/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

1) Part I, page 1, line 1 - Guardianship #1 - The undersigned serves as Guardian of the Person (medical & personal decisions only, not financial). Ward is physically and mentally disabled as a result of cerebral palsy. The undersigned has served as Guardian since 1984.

2) Part I, page 1, line 2 - Board Member of Mental Health Association, a non-paying position of a non-profit organization. Also elected as President of the Board.

3) Part I, page 1, line 3 - Elected to the Board of Trustees of the Akron Bar Association.

4) Part VII, page 4, line 1 - Rental property (duplex) was appraised as part of refinancing in June/July 2003.

5) Part VII, page 4, line 13 - Ohio Public Employees Retirement Account was liquidated 5/31/06 and proceeds used to buy funds in Retirement Account.

6) Part VII, page 6 - Remainder interest in real estate subject to life estate of family members. Erroneously omitted from previous report.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature ████████████████                                    Date   5-10-06

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AN CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544